1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   ALEX G. TSE (CABN 152348)
3  Chief, Civil Division

4  ROBIN M. WALL (CSBN 235690)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7071
7       FAX: (415) 436-6748
        Robin.Wall@usdoj.gov
8
   Attorneys for Defendants
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   BLANCA GONZALEZ CHACON,           ) Case No.: 4:16-cv-42-KAW
14                                   )
        Petitioner,                  )
15                                   ) **STIPULATION TO EXTEND RESPONSE
     v.                              ) DATE; [PROPOSED] ORDER**
16                                   )
   JEH C. JOHNSON, Secretary, United States )
17 Department of Homeland Security; JOHN )
   KRAMAR, District Director, San Francisco )
18 District Office, United States Citizenship and )
   Immigration Services,             )
19                                   )
                                     )
20      Respondents.                 )
                                     )
21

22

23                    **STIPULATION TO EXTEND RESPONSE DATE**

24      This is an immigration mandamus case. The parties, through their undersigned attorneys, hereby

25 stipulate pursuant to Civ. L.R. 6-2 and 7-12, subject to approval of the Court, to reset the time in which

26 the defendants shall serve and file their answer or other response from March 28, 2016, to **April 11,**

27 **2016**, so as to give the parties a chance to explore resolution of this action without litigation.

28 **//**

   STIP. TO EXTEND DATES
   3:16-CV-42 KAW

| | |
|---|---|
| Date: March 23, 2016 | Respectfully submitted, |
| | BRIAN J. STRETCH<br>Acting United States Attorney |
| | |
| | */s/ Robin M. Wall*<br>ROBIN M. WALL<br>Assistant United States Attorney<br>Attorneys for Defendants |
| | |
| Date: March 23, 2016 | |
| | NADEEM H. MAKADA<br>Attorney for Plaintiff |

### CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that Nadeem H. Makada has concurred in the filing of this document.

Dated:  March 23, 2016          BRIAN J. STRETCH
                                Acting United States Attorney


                                */s/ Robin M. Wall*
                                ROBIN M. WALL
                                Assistant United States Attorney
                                Attorney for Defendants


### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  3/25/16                  KANDIS A. WESTMORE
                                United States Magistrate Judge

STIP. TO EXTEND DATES
3:16-CV-42 KAW