1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  ROBIN M. WALL (CABN 235690)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7071
7       FAX: (415) 436-6748
        Robin.Wall@usdoj.gov
8
   Attorneys for Defendants
9

10                              UNITED STATES DISTRICT COURT

11                            NORTHERN DISTRICT OF CALIFORNIA

12                                   SAN FRANCISCO DIVISION

13
    BLANCA GONZALEZ CHACON,              )  Case No.: 3:16-cv-42-KAW
14                                       )
           Petitioner,                   )
15                                       )  **SECOND STIPULATION TO EXTEND**
       v.                                )  **RESPONSE DATE; [PROPOSED] ORDER**
16                                       )
    JEH C. JOHNSON, Secretary, United States )
17  Department of Homeland Security; JOHN )
    KRAMAR, District Director, San Francisco )
18  District Office, United States Citizenship and )
    Immigration Services,                )
19                                       )
                                         )
20         Respondents.                  )
                                         )
21

22

23                      **STIPULATION TO EXTEND RESPONSE DATE**

24      Whereas the parties have engaged in settlement discussions in an attempt to resolve this case and

25  believe that they may have resolved the issues raised by the petition or that have otherwise arisen

26  between the parties; and

27      Whereas, based on the expected timing of proceedings before the U.S. Citizenship and

28  Immigration Services, the parties believe that they will be able to confirm the resolution of this case

   SECOND STIP. TO EXTEND DATES
   3:16-CV-42 KAW

1  within 60 days of April 11, 2016, which is the date currently set for the defendants to answer or
2  otherwise respond.
3      The parties, through their undersigned attorneys, hereby stipulate pursuant to Civ. L.R. 6-2 and
4  Civ. L.R. 7-12, subject to approval of the Court, to continue the time in which the defendants shall serve
5  and file their answer or other response from April 11, 2016, to **June 10, 2016**, so as to give the parties a
6  chance to confirm the resolution of this action without litigation.
7      The parties have stipulated to one extension from March 28, 2016, to April 11, 2016, which the
8  Court granted on March 25, 2016.

Date: April 4, 2016　　　　　　　　　　　　　　Respectfully submitted,

BRIAN J. STRETCH
United States Attorney


 */s/ Robin M. Wall*
ROBIN M. WALL
Assistant United States Attorney
Attorneys for Defendants


Date: April 4, 2016　　　　　　　　　　　　　　 */s/ Nadeem H. Makada*
NADEEM H. MAKADA
Attorney for Plaintiff


### CERTIFICATION

Pursuant to Civil L.R. 5-1(i)(3), the undersigned hereby attests that Nadeem H. Makada has concurred in the filing of this document.

Dated:  April 4, 2016　　　　　　　　　　　　　BRIAN J. STRETCH
United States Attorney


 */s/ Robin M. Wall*
ROBIN M. WALL
Assistant United States Attorney
Attorney for Defendants

SECOND STIP. TO EXTEND DATES
3:16-CV-42 KAW

1 **[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 4/8/16

_____
KANDIS A. WESTMORE
United States Magistrate Judge

SECOND STIP. TO EXTEND DATES
3:16-CV-42 KAW